**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-7629**

---

ALEJANDRO TRUJILLO,

                              Petitioner - Appellant,

        versus

ERNEST SMITH, D.H.O.; SERGEANT WATSON, Investigator; SUPERINTENDENT KING, T.C.I.,

                              Respondents - Appellees.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Malcolm J. Howard, District Judge. (CA-96-684-5-H)

---

Submitted: April 17, 1997          Decided: April 29, 1997

---

Before NIEMEYER and WILLIAMS, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Alejandro Trujillo, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

   Appellant, a North Carolina inmate, appeals the district court's order denying relief on his habeas corpus petition under 28 U.S.C.A. § 1915A (West Supp. 1997). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>Trujillo v. Smith</u>, No. CA-96-684-5-H (E.D.N.C. Oct. 10, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>